| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KELLI L. TAYLOR<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2741<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENDRA SCARBERRY, | | No. 2:19-cv-00069-TLN-DB |
| | Plaintiff, | AMENDED STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35 |
| v. | | |
| UNITED STATES OF AMERICA, | | |
| | Defendant. | |

    Plaintiff Kendra Scarberry and Defendant the United States, through counsel, respectfully submit this stipulation and proposed order for a Physical Examination under Federal Rule of Civil Procedure 35. Plaintiff Kendra Scarberry alleges hearing loss in her right ear from an incident at Travis Air Force Base on March 13, 2014. The United States seeks this examination to evaluate Plaintiff's claimed hearing loss.

    Accordingly, the parties hereby stipulate that Plaintiff Kendra Scarberry will submit to Audiology testing by Elizabeth Selle, Au.D. on November 4, 2019, at 2:30 p.m. EST, followed by an Otological/Neurotological examination by J. Douglas Green, M.D., the same day (November 4, 2019) at 4:30 p.m. EST, at 10475 Centurion Parkway N, Suite 303, Jacksonville, FL 32256. The examination will be video recorded by a professional videographer and copies will be available to both parties to satisfy the request of the Plaintiff and Defendant. Individual and/or additional audio or video recording in addition to the certified videographer is not permissible.

1

| | | |
|---|---|---|
| Dated: September 17, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | */s/ Kelli L. Taylor*<br>KELLI L. TAYLOR<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America |
| Dated: September 17, 2019 | | BARNETT, BENNETT & SCOTT, LLP |
| | By: | */s/ Benjamin Scott (authorized on 9/17/2019)*<br>BENJAMIN W. SCOTT<br>Attorneys for Plaintiff<br>Kendra Scarberrry |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff Kendra Scarberry shall submit to Audiology testing by Elizabeth Selle, Au.D. on November 4, 2019, at 2:30 p.m. EST, followed by a Otological/Neurotological examination by J. Douglas Green, M.D., the same day (November 4, 2019) at 4:30 EST at 10475 Centurion Parkway N, Suite 303, Jacksonville, FL 32256. The examination will be video recorded by a professional videographer and copies will be made available to both parties. Individual and/or additional audio or video recording is not permitted.

DATED: September 18, 2019          /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE